Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**               **FORM 3**

| | |
|---|---|
| ATC Tires Private Ltd., ATC Tires AP Private Ltd., and Yokohama Off-Highway Tires America, Inc.<br><br><br>                            **Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br>                           **Defendant.** | **S U M M O N S**<br>**Court No. 26-02526** |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1. ATC Tires Private Ltd., ATC Tires AP Private Ltd. (collectively, "ATC"), are foreign producers of subject merchandise and Yokohama Off-Highway Tires America, Inc. ("YOHTA") is a U.S. Importer of subject merchandise. ATC and YOHTA were a party to the administrative review now being challenged. Plaintiffs are interested parties within the meaning of Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9). Accordingly, ATC and YOHTA have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Plaintiff contests the U.S. Department of Commerce's final determination as published in Certain New Pneumatic Off-the-Road Tires From India: Final Results of Antidumping Duty Administrative Review; 2023-2024, 91 Fed. Reg. 9,553 (Dep't Commerce, Feb. 26, 2026)

   (Brief description of contested determination)

3. February 26, 2026

   (Date of determination)

4. 91 Fed. Reg. 9,553 (Dep't Commerce, Feb. 26, 2026)

   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Eric C. Emerson

Signature of Plaintiff's Attorney

03/27/2026

Date

| |
|---|
| Eric C. Emerson<br>Steptoe LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036-1795<br>(202) 429-3000<br>eemerson@steptoe.com |

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)